**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

WASHINGTON AREA HUMANE SOCIETY,   :  No. 92 WAL 2022

        Respondent                           :

                                       :  Petition for Allowance of Appeal
                                       :  from the Order of the Superior Court

        v.                               :

                                       :

CHRISTIE DEE HARR,                   :

                                       :

        Petitioner                     :

## ORDER

**PER CURIAM**

    **AND NOW**, this 10th day of August, 2022, the Petition for Allowance of Appeal is **DENIED**.